IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| **Keith Armond Washington, and** | * | Case No. **15-02803 WSS** |
| **Aletha Henry Washington,** | * | |
| | * | |
| Debtors. | * | Chapter 13 |

## MOTION TO AVOID LIEN ON HOUSEHOLD GOODS
## AND ALLOW CLAIM #04 AS UNSECURED

COME NOW the Debtors, by and through the undersigned attorney and respectfully represent as follows:

1. The Debtors commenced this case on August 29, 2015, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. This Motion is filed pursuant to 11 U.S.C. §522(f) to avoid and cancel a lien on household goods held by Republic Finance, LLC (hereinafter "Creditor").

3. The Debtors borrowed money from Creditor, with a balance of $2,644.71 remaining as reflected on ECF Claim #04 filed on September 15, 2015. As security for the loan the Creditor insisted upon, and Debtors executed, a note and security agreement granting to Creditor a security interest in and on the Debtors personal property which consisted of household goods.

4. All personal property of the Debtors has been claimed as fully exempt in their bankruptcy schedules. Debtors request the court avoid the lien, subject to the entry of a discharge upon completion of the case, and reclassify claim #04 as unsecured.

WHEREFORE, the Debtors move the Court to avoid the lien on household goods and allow claim #04 as unsecured.

Dated: 09/29/15  /s/  Monica R. Quinn
Monica R. Quinn
PADGETT & ROBERTSON
Attorneys at Law
4317 Downtowner Loop, North
Mobile, AL 36609
(251) 342-0264

## CERTIFICATE OF SERVICE

       I do hereby certify that on this the __29th__ day of __September__, 2015, I have served a copy of the foregoing pleading by mailing same either electronic service or by United States Mail properly addressed and postage prepaid to the parties listed below as follows:

Daniel B. O'Brien (via Electronic Service)
Chapter13 Trustee

Republic Finance, LLC
1140 Roma LLC
Hammond, LA 70403

                                              /s/    __Monica R. Quinn__
                                                     Monica R. Quinn